

80-02 Kew Gardens Road,
Suite 600
Kew Gardens, NY 11415
Tel  718.263.6800
Fax 718.520.9401
www.SBAGK.com

Alexander Shiryak, Esq.
Dustin Bowman, Esq.
Mark Anderson, Esq.
Navpreet Gill, Esq.
Alexander Kadochnikov, Esq.

Btzalel Hirschhorn, Esq.
Matthew J. Routh, Esq.
Andreas E. Christou, Esq.

January 10, 2020

Chief Judge Carla E. Craig
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

Re: Vienette Ashwood 1-18-46525-cec

Dear Judge Craig:

Our office represents the Debtor in the above referenced proceeding. This letter is to inform the Court that, upon consent of the trustee, the confirmation hearing originally scheduled for January 16, 2020, is now adjourned to **March 12, 2020 at 10:00 a.m.**

Please do not hesitate to contact the office should the Court require anything further. Thank you.

___/s/ Btzalel Hirschhorn_____
By:  Btzalel Hirschhorn, Esq.

Cc:   Michael J. Macco, Chapter 13 Trustee
      Office of the United States Trustee
      David Gallo & Associates LLP, Attorneys for CitiMortgage
      Synchrony Bank/PC Richard & Son
      Verizon by American InfoSource as agent