

| | |
|---|---|
| Alexander Shiryak, Esq. | 80-02 Kew Gardens Road |
| Dustin Bowman, Esq. | Suite 600 |
| Mark Anderson, Esq. | Kew Gardens, NY 11415 |
| Preet Gill, Esq. | Tel 718.263.6800 |
| Alex Kadochnikov, Esq. | Fax 718.520.9401 |
| Btzalel Hirschhorn, Esq. | www.SBAGK.com |
| Matthew J. Routh, Esq. | |
| Andreas E. Christou, Esq. | |

March 16, 2020

*RE: Debtor Vienette Ashwood, Bankruptcy Case #1-18-46525-cec*

Chief Judge Carla E. Craig
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

Dear Judge Craig:

     Our office represents the Debtor in the above referenced proceeding. This letter is to inform the Court that, with the Consent of the Creditor, and in consultation with the Court, the loss mitigation status conference originally scheduled for March 24, 2020 is now adjourned to **May 12, 2020 at 12:00 pm.**

     Please do not hesitate to contact the office should the Court require anything further. Thank you.

                                      <u>/s/ Btzalel Hirschhorn</u>
                                  By: Btzalel Hirschhorn, Esq.

Cc:    Michael J. Macco, Chapter 13 Trustee
         Office of the United States Trustee
         David Gallo & Associates LLP, *Attorneys for CitiMortgage*